UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.    )<br>)<br>BARCLAYS BANK PLC,    )<br>)<br>Defendant.    )<br>) | Crim. Action No. 10-218 (EGS) |

## ORDER

Following a careful review of the Joint Motion for Approval of Deferred Prosecution Agreement and Exclusion of Time Under the Speedy Trial Act, the written Deferred Prosecution Agreement dated August 16, 2010, the Factual Statement, and the Information filed in this matter, this Court hereby finds that the period of delay as set forth in Paragraph 5 of the written Deferred Prosecution Agreement is for the purpose of allowing Defendant, BARCLAYS BANK PLC, to demonstrate its good conduct and implement certain remedial measures. Accordingly, this Court approves the written Deferred Prosecution Agreement. Because the period of delay, as set forth in Paragraph 5 of the written Deferred Prosecution Agreement, is for the previously stated purpose, which is in the interest of justice, it is hereby

**ORDERED** that such 24-month period (up to and including **August 17, 2012**) under the Speedy Trial Act is excluded from the computation of time within which trial on the charge set forth in the Information filed in this matter must commence pursuant to

Title 18, United States Code, Section 3161(h)(2), and that all further criminal proceedings are accordingly continued; and it is

**FURTHER ORDERED** that a status hearing is scheduled for **November 16, 2010 at 12:00 p.m. in Courtroom 24A**; and it is

**FURTHER ORDERED** that the defendant BARCLAYS BANK PLC and the United States shall each file separate status reports by no later than **November 2, 2010**. The status reports shall inform the Court what progress has been made under the terms of the Deferred Prosecution Agreement. In particular, the parties shall advise the Court what steps defendant has taken pursuant to paragraphs 6(a) through 6(k) of the Deferred Prosecution Agreement regarding its cooperation with the United States, as well as any other actions taken pursuant to other provisions of the Deferred Prosecution Agreement; and it is

**FURTHER ORDERED** that an additional status hearing is scheduled for **August 17, 2012 at 12:00 p.m. in Courtroom 24A**.

**SO ORDERED.**

**Signed:**   **Emmet G. Sullivan**
              **United States District Judge**
              **August 18, 2010**