# EXHIBIT A

Criminal No. 10-218 (EGS)



27 August 2010

Jennifer Shasky Calvery
Chief, Asset Forfeiture and Money Laundering Section
Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
USA

Our Ref: IWOV_7996932

Dear Ms Shasky Calvery

Re: Deferred Prosecution Agreement, Par 6(b)

As per the requirement in paragraph 6(b) of the Deferred Prosecution agreement dated 16 August 2010, I hereby certify that Barclays has implemented a written policy to require the use of the Society for Worldwide Interbank Financial Telecommunications ("SWIFT") Message Type ("MT") 202COV bank-to-bank payment message where appropriate under SWIFT guidelines.

Please do not hesitate to contact me should you have any questions.

Yours sincerely

Mike Walters
Head of Compliance and Regulatory Affairs
Barclays Bank PLC

CC:   DANY
      Federal Reserve
      New York State Banking Dept
      OFAC