# EXHIBIT D




**BOARD OF GOVERNORS**
OF THE
**FEDERAL RESERVE SYSTEM**
WASHINGTON, D. C. 20551

**STATE OF NEW YORK
BANKING DEPARTMENT**
ONE STATE STREET
NEW YORK, NY 10004-1511

November 15, 2010

Kevin Gerrity
Trial Attorney
Asset Forfeiture and Money Laundering Section
Criminal Division
United States Department of Justice
1400 New York Avenue, Suite 10100
Washington, DC 20530

      Re:    In re Barclays Bank, PLC et al., FRB Dkt Nos. 10-165-B-FB, FBR

Dear Mr. Gerrity,

    As part of a global settlement in August of this year, Barclays Bank, PLC and its New York branch (collectively "Barclays") entered into a Cease and Desist Order (the "C&D") with the Board of Governors of the Federal Reserve System and the New York State Banking Department (the "Supervisors"). You have requested information concerning Barclays' performance under the C&D in order to provide information to the United States District Court for the District of Columbia concerning Barclays' actions with respect to the Deferred Prosecution Agreement ("DPA") approved in *United States of America v.Barclays Bank, PLC*, Dkt. No. 10-cr-218 (EGS)(D.D.C. 2010). Paragraph 6(i) of the DPA requires that Barclays "abide by any and all orders and regulations regarding remedial measures or other required actions related to this matter issued by ... the Board of Governors of the Federal Reserve System." The C&D is an order regarding remedial measures related to the subject matter of the DPA. The District Court has scheduled a status hearing on this matter for November 16.

    On November 12, 2010, Barclays submitted a global OFAC compliance program in accordance with the deadline set forth in the C&D. On October 29, 2010, Barclays also timely submitted a detailed quarterly written progress report in compliance with paragraph 5 of the Order. These are the two submissions that Barclays was required to make to date with respect to

2

the C&D. The Supervisors have not yet completed their review of these recently received materials.

After the review of these materials is completed, the Supervisors will inform Barclays if any modifications to the program or other documents should be made. Subsequently, the Supervisors, with the cooperation of the Financial Services Authority in the United Kingdom, will continue their oversight and monitoring of Barclays to ensure that Barclays fulfills all of the terms of the C&D.

The information in this letter is confidential supervisory information of the Board of Governors, and the New York State Banking Department, and is being provided to you pursuant to 12 C.F.R. § 261.21, and NYBL § 36.10, respectively. Normally, the Board of Governors and the New York State Banking Department would request that confidential supervisory information be filed under seal. However, we do not object to the use of this letter at the open hearing on November 16, given that Barclays' obligations under the C&D to date have consisted of submitting programs and other information in a timely manner, and these deadlines are set forth in the publicly available C&D.

Sincerely,

Richard M. Ashton, with permission
Deputy General Counsel
Board of Governors of the
Federal Reserve System

Sincerely,

Marjorie E. Gross
Deputy Superintendent and
General Counsel
New York State Banking Department

cc: Elizabeth T. Davy
Steven Peikin
Sullivan & Cromwell