```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
--------------------------X
UNITED STATES OF AMERICA,      Docket No. CR 10-218
             Plaintiff,

     v.                        Washington, D.C.
                               August 17, 2010
                               10:00 a.m.

BARCLAYS BANK PLC,
             Defendant.
--------------------------X
```

***HEARING ON THE JOINT MOTION FOR APPROVAL OF DEFERRED PROSECUTION AGREEMENT (STATUS)***
*BEFORE THE HONORABLE EMMET G. SULLIVAN*
*UNITED STATES DISTRICT JUDGE*

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | U.S. DEPARTMENT OF JUSTICE, Asset Forfeiture & Money Laundering Section |
| | By: Mr. Kevin B. Gerrity |
| | Mr. Frederick W. Reynolds |
| | 1400 New York Avenue, N.W. |
| | Suite 10100 |
| | Washington, D.C.  20135 |
| | 202.353.8915 |
| | *kevin.gerrity@usdoj.gov* |
| | *frederick.reynolds@usdoj.gov* |
| For the Defendant: | SULLIVAN & CROMWELL, LLP |
| | By: Mr. David H. Braff |
| | 125 Broad Street |
| | New York, NY  10004 |
| | 212.558.4705 |
| | *braffd@sullcrom.com* |
| Court Reporter: | Catalina Kerr, RPR, CRR |
| | U.S. District Courthouse |
| | Room 6509 |
| | Washington, D.C.  20001 |
| | 202.354.3258 |
| | *catykerr@msn.com* |

Proceedings recorded by mechanical stenography, transcript produced by computer.

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2              (10:00 A.M.; OPEN COURT; DEFENDANT'S ATTORNEY
 3    PRESENT.)
 4              THE DEPUTY CLERK:  Criminal Case 10-218, United
 5    States versus Barclays Bank PLC.  Would counsel please
 6    identify yourselves for the record.
 7              MR. BRAFF:  David Braff from Sullivan & Cromwell.
 8              THE COURT:  Mr. Braff.
 9              MR. REYNOLDS:  Your Honor, Frederick Reynolds for
10    Department of Justice.
11              THE COURT:  All right, Counsel.
12              MR. GERRITY:  Kevin Gerrity.  Good morning, Your
13    Honor.
14              THE COURT:  Good morning.  Let me invite you to the
15    podium, Government counsel.  Good morning.
16              MR. BRAFF:  Good morning.  Two orders of business
17    this morning, Your Honor.  First, Mr. Harding is scheduled to
18    arrive this evening and to be available at the Court's
19    convenience.  Our preference would be any time tomorrow
20    afternoon.
21              THE COURT:  All right.  I think I mentioned to
22    counsel yesterday I have this hearing this morning on a
23    request for injunctive relief.  I have one still scheduled for
24    tomorrow morning at 10:00 o'clock.  I'm not sure that's going
25    to go forward, but you never know.
```

1   And actually, just juggling everything and to
2   accommodate everyone, 11:30 is probably best for the Court.
3   MR. BRAFF: That will be fine with us, Your Honor.
4   THE COURT: All right. That'll be fine. 11:30, and
5   it will be in this courtroom.
6   Let me just take this opportunity briefly, because I
7   don't want to hold the attorneys up in the other case, but I'm
8   going to have a number of questions, might as well just float
9   those questions now and give the Government a chance to think
10  about responses, but it occurs to me that with the exception
11  of repayment of revenue, of money that was illegally earned --
12  that's the Government's theory, correct?
13  MR. REYNOLDS: In part, Your Honor.
14  THE COURT: In part. All right. There's no penalty
15  here. Essentially it's pay back what you earned as a result
16  of trading with the enemy, but there's no fine.
17  MR. REYNOLDS: Your Honor, I can address that today
18  or I'll be happy to address it tomorrow.
19  THE COURT: No, that's one question. You can wait,
20  but I need an answer to that because --
21  MR. REYNOLDS: Sure. Yeah. The short answer is, is
22  it is beyond what they earned for doing the business. In
23  fact, it's well beyond what they earned for doing business.
24  THE COURT: Well beyond what they earned.
25  MR. REYNOLDS: And we'll be prepared to discuss it.

```
 1              THE COURT:  All right.  What's the Government's
 2  proffer with respect to what they earned?
 3              MR. REYNOLDS:  I don't know that I have the exact
 4  figure in front of me.  We can certainly give it to you
 5  tomorrow.
 6              THE COURT:  Absolutely.  I'd be interested in that.
 7              MR. REYNOLDS:  But it is well below what --
 8              THE COURT:  All right.  And also what interest they
 9  earned on this money over all those years.  This scheme went
10  on for a number of years, right?
11              MR. REYNOLDS:  Yes, sir.
12              THE COURT:  All right.  The other question is this,
13  does the Court have any authority whatsoever to impose a
14  monetary fine?
15              MR. REYNOLDS:  Certainly in terms of the criminal
16  case, of course, Your Honor, yes.  It is one million dollars
17  per violation.  Up to one million dollars per violation.
18              THE COURT:  And how many violations?  It's a
19  two-count indictment.
20              MR. REYNOLDS:  So, it would be two million dollars
21  for the two-count indictment.  Were we to move forward with
22  the full indictment, we'd obviously have additional counts.
23              THE COURT:  With respect to what's pending before
24  the Court, though, this is a motion to defer criminal
25  prosecution, though.
```

```
 1              MR. REYNOLDS:  Yes, sir.
 2              THE COURT:  All right.  With respect to what's
 3   before the Court, if the Court accepts this motion and grants
 4   the motion to defer criminal prosecution, does the Court then
 5   have the authority to impose a fine?
 6              MR. REYNOLDS:  No, sir.
 7              THE COURT:  It does not.
 8              MR. REYNOLDS:  No, sir.
 9              THE COURT:  All right.  Then the Government should,
10   because the public has an interest in this case -- I mean,
11   when we're talking about deferred prosecution for a foreign
12   bank, something that normally it does not occur in this
13   courtroom or any courtroom I'm aware of with respect to United
14   States citizens.  In other words, someone robs a bank, someone
15   launders money, makes money illegally, the average American
16   citizen doesn't get the opportunity to repay that money and
17   avoid a prosecution and go about his or her business as usual.
18              That's an accommodation to a foreign bank, and that
19   concerns the Court.  It should concern the public as well,
20   especially when the Government says that there's not going to
21   be an imposition of a fine for doing this.  I mean, I guess
22   the overriding question is, why isn't the Government getting
23   rough with these banks who have broken the law?
24              This is a sweetheart deal.  Putting it simply, it's
25   a sweetheart deal.  Pay back what you took illegally, but
```

1  there's no fine.  No one goes to jail, no one is indicted, no
2  individuals are mentioned as far as I can determine in the
3  information, there's no personal responsibility.  Those are
4  just questions.  You don't have to answer them today, but I'd
5  like some answers tomorrow.
6              Keep in mind I'm not trying to broker an agreement.
7  I recognize this is a criminal proceeding as distinguished
8  from a civil proceeding.  I recognize the authority of this
9  court, but those are legitimate questions that the Court has
10 and would like answers to tomorrow.
11             MR. REYNOLDS:  Absolutely, Your Honor.
12             THE COURT:  I mean, there is -- the big question is
13 why doesn't the Government just indict these foreign banks?  I
14 mean, this is the most recent in a series of these deferred
15 prosecution agreements.  I assume there's going to be more.
16 That's my assumption.  They're randomly assigned to
17 colleagues.
18             But one must wonder just what the penalty is.  To
19 repay back what you illegally obtained, that's not much of a
20 penalty.  If you illegally obtained it, pay it back, there's
21 no loss to the bank.
22             I know you're anxious to give me answers, I know,
23 and I'm anxious to hear the answers, but those are just some
24 concerns, and I'll give you an opportunity to think about
25 those.  I'm glad we had this recess between now and tomorrow

1    because I would like to hear -- hear some answers, and to the
2    extent it's appropriate for the Defendant to weigh in, that's
3    fine, I'll listen to his answers as well.
4              MR. REYNOLDS:  We appreciate that opportunity, Your
5    Honor.  I think tomorrow, when we go through all the
6    circumstances, certainly our reasoning and how the forfeiture
7    amount works out, I think the Court will be satisfied that it
8    is well in excess of what the company earned.
9              THE COURT:  That's fine.  That's fine.
10             MR. REYNOLDS:  So, I think tomorrow we will be able
11   to address all of your --
12             THE COURT:  That's fine.  And also I'd be interested
13   in the scope of the New York proceeding as well.  $149 million
14   will be repaid as a result of that prosecution as well,
15   correct?
16             MR. REYNOLDS:  Yes, sir.
17             THE COURT:  All right.  That's fine.  Thank you very
18   much.
19             MR. BRAFF:  Your Honor, you had asked yesterday for
20   copies of the corporate resolution signature pages and the
21   attachments and I have those.
22             THE COURT:  Great.
23             MR. BRAFF:  I would be happy to get --
24             THE COURT:  I think they should be filed
25   electronically.  If you have an extra copy, that's fine.

```
 1              MR. BRAFF:  I do.  I'll give a couple of extra
 2  copies.
 3              THE COURT:  That'll be fine.  Thank you very much.
 4              MR. BRAFF:  And we'll file them electronically this
 5  afternoon.
 6              THE COURT:  Great.  Thank you.  I can't think of any
 7  other questions.  I'm sure I'll have a lot tomorrow, but thank
 8  you very much.  You gentlemen have a wonderful day.
 9              MR. BRAFF:  Thank you very much, Your Honor.
10              THE COURT:  The Court will take a short recess to
11  enable counsel for the next case to take their positions at
12  the table.  No need to stand.  Thank you.
13              THE DEPUTY CLERK:  This honorable court now stands
14  in a brief recess.
15              (PROCEEDINGS END AT 10:10 A.M.)
16                            *-*-*-*
17
18                      **CERTIFICATE OF REPORTER**
19         I, Catalina Kerr, certify that the foregoing is a
20  correct transcript from the record of proceedings in the
21  above-entitled matter.
22
23  _____  _____
    Catalina Kerr                         Date
24
25
```